The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTNER DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE WEDGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JAY GIGANDET; KIM COCHRAN GIGANDET, and the marital community comprised of JAY GIGANDET and KIM COCHRAN GIGANDET,<br><br>Defendants. | No. 3:22-cv-06018-DGE<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL |

Plaintiff and Defendants, by and through their respective counsel, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

DATED this 26th day of July, 2023.

CORR CRONIN LLP

*s/ John T. Bender*
John T. Bender, WSBA No. 49658
Steven W. Fogg, WSBA No. 23528
Jack M. Lovejoy, WSBA No. 36962
Kristen F. Barnhart, WSBA No. 51135
Laurel Brown, WSBA No. 59015
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001

STIPULATED MOTION AND ORDER
OF DISMISSAL - 1
No. 3:22-cv-06018-DGE

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

(206) 625-8600 Phone | (206) 625-0900 Fax
Email: jbender@corrcronin.com
sfogg@corrcronin.com;
jlovejoy@corrcronin.com
kbarnhart@corrcronin.com
lbrown@corrcronin.com

*Attorneys for Plaintiff*

LUKINS & ANNIS P.S.


*s/ Michael D. Franklin*
Michael D. Franklin, WSBA No. 34213
717 W. Sprague Avenue, Suite 1600
Spokane, WA 99201
(5609) 455-9555 Phone
Email: mfranklin@lukins.com

*Attorneys for Defendant Kim Cochran Gigandet*

GORDON THOMAS HONEYWELL LLP


*s/ Ryan C. Espegard*
Stephanie L. Bloomfield, WSBA No. 24251
1201 Pacific Avenue, Suite 2100
Tacoma, WA 98402
(253) 620-6500
Email: sbloomfield@gth-law.com

Bradley B. Jones, WSBA No. 17197
Ryan C. Espegard, WSBA No. 41805
520 Pike Street, Suite 2350
Seattle, WA 98101
(206) 676-7500 Phone
Email: bjones@gth-law.com;
respegard@gth-law.com

*Attorneys for Defendant Jay Gigandet*

STIPULATED MOTION AND ORDER
OF DISMISSAL - 2
No. 3:22-cv-06018-DGE

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1  IT IS SO ORDERED.

2  Dated this 11th day of August, 2023.

_____
David G. Estudillo
United States District Judge

STIPULATED MOTION AND ORDER
OF DISMISSAL - 3
No. 3:22-cv-06018-DGE

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900